IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PEGGY ALEXANDER,

        Plaintiff,

vs.                            Case No. 08-1286-JTM

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.

MEMORANDUM AND ORDER

This matter is before the Court on the defendant's Motion to Remand the action (Dkt. No. 7). Defendant requests remand of the action pursuant to 42 U.S.C. § 405(g)(sentence 6). Plaintiff has filed no response to the motion. For good cause shown and pursuant to D.Kan.R. 7.4, the defendant's motion is hereby granted, and the present action is hereby remanded pursuant to sentence 6 of 42 U.S.C. § 405(g),

IT IS SO ORDERED this 16th day of July, 2009.

                                              s/ J. Thomas Marten
                                              J. THOMAS MARTEN, JUDGE